**FILED**

**03/19/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIAAPOLIS DIVISION

CHRISTOPHER UNDERWOOD,
     Plaintiff
         v.

M. BAGIENSKI, et.al.,
     Defendants

Case No. 1:21-cv-684-TWP-DML

## COMPLAINT

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Indiana is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

3. Plaintiff, ▪▪▪ Christopher Underwood, and was at all times mentioned herein a prisoner of the State of Indiana in the Custody of the Department

1

of Correction. He is currently housed at the Pendleton Correctional Facility.

## III. DEFENDANTS

4. Defendant, Melissa Bagienski, is a nurse employed by the healthcare provider, Wexford, and is assigned to the Pendleton Correctional Facility. One of her main responsibilities is the administration of the pharmacy.

5. Defendant, Sheri Wilson, is the Facility's nurse practioner employed by the healthcare provider, Wexford, and is assigned to the Pendleton Correctional Facility. One of her main responsibilities is to aid in the administration of medical decisions.

## IV. FACTS

6. On July 3, 2020, Nurse Beily came through the cell-house I was housed in passing out medication during the daily round of med-pass.

7. When I was passed-up by Beily without being given my medication which I was on for my back pain I got nurse Beily's attention and asked her about my meds and she told me she had no medication for me.

8. I have suffered chronic back from degenerative discs in my spine

2

for which I have already had surgery and have been placed on multiple medications to treat the severe and crippling pain in my back by doctors most recently at Wabash Valley Correctional Facility, prior to being transferred to Pendleton in order to receive physical therapy from a back specialist.

9. I explained to nurse Beily that I needed my medication for my back.

10. On July 6, 2020, Nurse Beily again came and did her med-round-pass, and again she did not have any medicine for me and added that my pain medication for my back had been discontinued because it was reported that I had been hoarding my medications; despite the fact that this was false.

11. Beily, however, told me that she would talk to the doctor for me about discontinuing my medication and tell her about my complaints.

12. I began to submit a series of Healthcare Request Forms seeking to have my prescription refilled, then after a long delay in action, complaining about my pain and the fact that my meds were taken for no reason.

13. On July 20, 2020, I was called to a Doctor-Sick-Call visit with Nurse-Practioner Sheri Wilson.

14. Sheri Wilson informed me that Nurse Bagienski had falsely reported to her that I had been hoarding my pain medication and was caught with about (30) thirty pills, therefore they discontinued my medication.

15. I then again complained about the fact that I have been suffering all this time with severe back pain and the fact that they had discontinued my pain medication something that never happened; that I never hoarded any medication and was never found with any pills, never mind (30) thirty.

16. At this point in the Doctor-Sick-call visit Sheri Wilson called Nurse Bagienski who came into the visit and said that she gave this report against me based on a phone call. She said she received from an unknown correctional officer who told her that (30) thirty pills was confiscated from me and that I was supposedly written-up on a conduct report over the incident.

17. When I asked her where was the conduct report she said she was waiting on a copy of it.

18. I responded to this false report by telling her that I have not received my medication in over-two-weeks based on non-sense because she would never get a copy of it because there was no conduct report about me and if there was I

4

would have received a confiscation report as well as a copy of the conduct report.

19. Again, Nurse Bagienski responded that she was waiting on a copy of the report, despite waiting for over-two-weeks and participating in taking my pain medication.

20. I then explained to Wilson and Bagienski that it was completely irrational that they had discontinued my medication, leaving me to suffer in pain with my degenerative disc, despite never even seeing a record of any conduct report or even knowing the name of the reporting officer.

21. Wilson and Bagienski just listened then disregarded everything I said and told me there was nothing they could do.

22. When I left the visit I continued to make verbal complaints to every medical staff I could complain to.

23. I was then called back for another Doctor-Sick-call visit in which Sheri Wilson told me that she could no longer hold my medication without any documentation and that she would correct the problem.

24. I then told her how much pain I had been suffering because of their actions, to which she deeply apologized and offered

5

to give, and then, administered a shot of pain medication for my back pain.

25. I am suing all the defendants in their individual and official capacities.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

26. I did use the grievance procedure available at the prison to address my complaints, and because the issue was corrected, I was told there was no other relief available. Monetary relief is not available as a remedy.

## VI. LEGAL CLAIMS

27. Plaintiff realleges and incorporates, by reference, paragraphs 1-26.

28. Defendants Bagienski and Wilson acts and omissions in discontinuing Plaintiff's pain medication for chronic back pains based on false and unsubstantiated allegations that he hoarded his medication constituted deliberate indifference to his serious medical condition and negligence and violated Plaintiff, Christopher Underwood's rights to be free of cruel and unusual punishment and reckless infliction of injury, Under the Eighth Amendment to the United States Constitution, and Indiana Common law tort. Resulting in physical, mental and emotional pain and suffering.

28. Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue

to be irreparably inflicted by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter Judgment granting plaintiff:

31. A declaratory Judgment that the acts and omissions described herein violated Plaintiff's rights under the Constitution of the United States.

32. A preliminary and permanent injunction ordering defendants to refer Plaintiff for Surgery to have the bones in his Spine and/or continue to intensely examine and monitor the ongoing need for treatment, therefore.

33. Compensatory damages in the amount of ($1,000,000.00) One million dollars against each defendant, jointly and Severally.

34. Punitive damages in the amount of ($1,000,000.00) One million dollars against each defendant.

35. A Jury trial on all issues triable by Jury.

36. Plaintiff's cost in this suit.

37. Any additional relief this Court deems Just, proper and equitable.

Dated: March 15, 2021

Respectfully Submitted,

x Chris Underwood

Christopher Underwood #863907
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, Ind 46064

## VERIFICATION

I, Christopher Underwood, have read the foregoing Complaint and hereby Verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true.

I certify under penalty of perjury that the foregoing is true and Correct. Executed at Pendleton, Indiana on _March 15,_ 2021.

X _Chris Underwood_

8