UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER UNDERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00640-JPH-TAB |
| | ) | |
| DENNIS MEYER, | ) | |
| | ) | |
| Defendant. | ) | |

AND

| | | |
|---|---|---|
| CHRISTOPHER UNDERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00684-TWP-KMB |
| | ) | |
| MELISSA BAGIENSKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM GLOBAL SETTLEMENT CONFERENCE

Plaintiff Christopher Underwood, in person and by his appointed attorneys, and the Defendants, by authorized representatives and by counsel, appeared for a Settlement Conference with U.S. Magistrate Judge Kellie M. Barr in these cases on June 16, 2023.

The conference was held and concluded with the Parties' agreement on settlement terms in 1:21-cv-00684-TWP-KMB.  Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED as to 1:21-cv-00684-TWP-KMB only**.  Within **30 days** of the date of this entry, counsel for the Parties shall file the appropriate dismissal papers.  Additional time may be granted if requested in writing before expiration of this period.

The Parties did **not** reach a settlement in 1:21-cv-00640-JPH-TAB, and that case shall proceed.

**So ORDERED.**

Date: 6/20/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

CHRISTOPHER UNDERWOOD
863907
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

John Joseph Morse
Morse & Bickel, P.C.
morse@morsebickel.com

Sarah Jean Shores-Scisney
Stoll Keenon Ogden PLLC (SKO)
sarah.shores@skofirm.com

Rachel D. Johnson
Stoll Keenon Ogden PLLC
rachel.johnson@skofirm.com

Kevin C. Schiferl
Frost Brown Todd LLP
kschiferl@fbtlaw.com