UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER UNDERWOOD,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MELISSA BAGIENSKI,  )<br>SHERI WILSON,  )<br>  )<br>Defendants.  ) | No. 1:21-cv-00684-TWP-KMB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that the Defendants, MELISSA BAGIENSKI and SHERI WILSON, P.A., are dismissed with prejudice.

Respectfully submitted,

Frost Brown Todd LLP                     Stoll Keenon Ogden PLLC


*/s/ Kevin C. Schiferl (with permission)*      */s/ Rachel D. Johnson*
Kevin C. Schiferl, #14138-49              Rachel D. Johnson, #30591-49
FROST BROWN TODD LLP                      Douglass R. Bitner, #34981-49
111 Monument Circle, Ste. 4500            STOLL KEENON OGDEN PLLC
Indianapolis, IN 46204                    The Emelie Building
Phone: 317.237.3800                       334 N. Senate Avenue
Email: KSchiferl@fbtlaw.com               Indianapolis, IN 46204
*Attorney for Plaintiff*                  Phone: 317.464.1100
                                          Email: Rachel.Johnson@skofirm.com
                                          Email: Doug.Bitner@skofirm.com
                                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on **August 30, 2023**, a copy of the foregoing *Joint Stipulation of Dismissal* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Kevin C. Schiferl
**FROST BROWN TODD LLP**
kschiferl@fbtlaw.com
*Counsel for Plaintiff*

                                                              */s/ Rachel D. Johnson*
                                                              Rachel D. Johnson